

FILED
JUN 25 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America, ) | |
| ) | ORDER TO REDUCE |
| v. ) | TERM OF SUPERVISED RELEASE FOR |
| ) | SUCCESSFUL COMPLETION |
| Alfredo Delgado, ) | OF REENTRY COURT |
| ) | (18 U.S.C. 3583(3)(1) |
| Defendant. ) | |
| ) | Docket Number: 1:17CR00273-01 LJO |

On September 29, 2016, the defendant was accepted as a participant in the Reentry Court Program. As of October 4, 2017, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of August 25, 2020.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on June 26, 2009, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_May 24, 2018_  
Date

_/s/ Sheila K. Oberto_  
**Honorable Sheila K. Oberto**  
**United States Magistrate Judge**

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of August 25, 2020.

_June 25, 2018_  
Date

_/s/ Lawrence J. O'Neill_  
**Honorable Lawrence J. O'Neill**  
**United States District Judge**

cc: Defendant  
Assistant United States Attorney: Not assigned  
Defense Counsel: Not assigned  
FLU Unit – United States Attorney's Office  
Fiscal Clerk - Clerk's Office